# EXHIBIT 1

3.    **IC 20-8.1-5.1-7.5:**  Students with a chronic disease or medical condition may possess and self-administer medication for the chronic disease or medical condition during the times and in the places set forth if the following conditions are met.

    A.    The student's parent has filed an authorization with the student's principal for the student to possess and self-administer the medication.  The authorization must be filed annually and include the following statements.

    B.    A physician states in writing that:

        1)    The student has an acute or chronic disease or medical condition for which the physician has prescribed medication;

        2)    The student has been instructed in how to self-administer the medication; and

        3)    The nature of the disease or medical condition requires emergency administration of the medication.

4.    **Inhalers and Epi-pen use**:  A student who has a prescription and parent/guardian consent for use on file in the school office may carry and self-administer prescription inhalers and Epi-pens. Students who need to use their Epi-pens for allergic reactions should report the use of their Epi-pen to the supervising adult immediately who will dispose of the used Epi-pen.

5.    **Students requiring blood glucose testing or the administration of insulin**:  Students who are capable may self-test their blood sugars and self-administer their insulin.  These procedures may only be done in the health room where proper disposal systems are available for sharps.

6.    Parents/guardians are responsible for informing the school of changes in medication or treatment orders by submitting a corrected physician's order and pharmacy label.

7.    **Non-prescription medications** such as Tylenol may be administered if a request is filled out and signed by the parent or guardian.  The medication must be in the original container and labeled with the student's name.

8.    Parents/guardians are responsible for bringing all medication to school and for retrieving the medication from school.   Medication may not be transported on the school bus.

9.    Students returning to school after being under a doctor's care must submit a note of fitness to return from the student's doctor.

10.   Students in need of special accommodations (i.e., the use of crutches due to injury) must submit a doctor's note indicating the accommodation and the length of time the accommodation will be needed.

**REMEMBER:  Students are not allowed to transport medications to school unless they meet the conditions in Item #3 above.  The school will not supply medication to students.**

**Illness/Accident/Injury:**

If a student is injured or becomes ill at school, the child will be cared for temporarily by school personnel. If the illness or injury is serious, the parents/guardians will be notified.  If parents/guardians are unavailable, those listed as emergency contacts will be notified. School personnel will render first aid only. If school personnel deem necessary, paramedics will be called.  **NOTE:  The school district is not responsible for expenses incurred as a result of an illness, accident, or injury.**

## ATTENDANCE

**Absences and Excuses:**

Parents or guardians are responsible for student attendance.  The school corporation will enforce the State of Indiana Compulsory Attendance Laws.  A parent or guardian is to telephone the school office by 9:00 a.m. on the morning of a child's absence to report the child's circumstances. Parents/Guardians who do not telephone the school may receive a call inquiring about the child's whereabouts.  A note indicating the reason for the child's absence signed by a parent/guardian must be presented to school officials the day the child returns to school.

Excessive Absenteeism:

Five  days  of  excused  absence  or  two  days  of  unexcused  absence  per  semester  is  considered

1. All future absences must be verified by a physician, dentist, or psychologist.

2. If a parent does not send his/her child to school because of the child's illness or mental or physical incapacity, it is unlawful for the parent to fail or refuse to produce a certificate of the incapacity after it is demanded by school administration for an attendance officer within six (6) days after it is demanded. Parents/Guardians will be required to provide a **Certificate of Incapacity** signed by a physician within six days of school demand according to Indiana State Law IC 20-8.1-3-20. The certificate required under this section shall be signed by an Indiana physician or by an individual holding a license to practice osteopathy or chiropractic in this state or be a Christian Science practitioner who resides in Indiana and is listed in the Christian Science Journal.

3. Credit in class or classes may be denied through due process.

4. Students may be assigned to detention, *extended day, or **alternative placement.

5. Students may be suspended or recommended for expulsion from school.

6. Legal authorities may be contacted.

7. Parents/Guardians may be served legal notice.

8. Charges may be filed for educational neglect.

**NOTE: *Extended Day** is a three-hour class immediately following the school day assigned to high school students for minor infractions of school rules and is used as an alternative to suspending students from school. Students who fail to attend Extended Day, who does not bring study material, or who is removed due to inappropriate behavior will be assigned further discipline.

****NOTE: Alternative Placement** is a short-term separation of up to 5-days from the regular school day routine. (A case conference committee can make a longer placement.) Alternative placement days are not classified as absences. Alternative Placement is limited to two occurrences per semester. Work may be made up for credit. Students will be allowed to participate in any extra-curricular activity.

#### Excused Absences:

According to Tri-Creek Policy, absences may be excused for personal illness, death in the immediate family, attendance at special church services (when arranged in advance and not to exceed one day), quarantine, and certain court appearances.

The following is required to excuse an absence:

1. **Personal Illness**: Verification by a parent note

2. ***Personal Illness**: Verification by a note from the *physician, *dentist, or *psychologist delivered on the day the student returns to school.

3. ***Death in the immediate family:** Excused absence is limited to a period of three days per occurrence.

4. ***Quarantine:** Absences are excused for the duration of the quarantine as verified by a physician or Board of Health.

5. ***Certain court appearances:** The absence must be verified by a court summons or by a probation officer and attendance in court must be mandatory.

6. ***EMERGENCIES:** The principal may excuse absences in case of emergencies. There is no excused absence for personal business, baby-sitting, Christmas shopping, etc. All such absences are unexcused.

7. **Any student leaving school during the school day must sign out with the nurse (for illness only) or the student must sign out with the attendance office before leaving or he/she will be considered truant.**

*These absences will not be counted toward the five-day maximum leading to a designation of excessive absenteeism.*

Planned absences including family vacations are unexcused absences and may result in loss of credit. (State law requires students to be in school 180 days. Federal law requires 95% student attendance rate.)

**Truancy:**

Truancy is an absence from school, class, or assigned area without the knowledge or consent of the parent/guardian and the school, or an absence from school where there is an attempt to evade the State Attendance Law. All students are expected to be in an assigned area or activity while on school property during the entire school day or they will be considered truant. Truancy applies to students who remain in restrooms due to illness without reporting to a teacher, administrator, or nurse. Additionally, high school students are to immediately enter the school upon arrival. They are not to remain in the parking lot. Students are reminded that truancies are cumulative for the year.

**Habitual Truancy:**

A student who willfully refuses to attend school or class in defiance of parent/guardian authority three times during a school year shall be considered habitually truant. State law requires school corporations to establish written administrative procedures to comply with the law. Listed below are the procedures that will be used by schools of the Tri-Creek School Corporation.

Any student who is at least 13 years of age, but is not yet 18 years of age, who is habitually truant under the definition of the Board of School Trustees of Tri-Creek School Corporation shall be classified as such by the building principal. Written notification of such classification shall be sent to the parent/guardian in accordance with State law.

The classification of habitual truant remains until the student becomes 18 years of age or changes his/her school attendance performance. The state will revoke or withhold driving privileges for students habitually truant.

The principal may review the student's attendance after 60 school days and must review at least once per school year to determine if changes in attendance performance are such that classification of habitual truant is no longer appropriate. If such is determined, written notification shall be sent to the parent/guardian and Bureau of Motor Vehicles.

**Late Arrival/Early Departure Procedures:**

Students arriving at school after school has begun must first sign in at the attendance office. Students arriving late by any method of transportation other than a Tri-Creek School Corporation school bus will be counted tardy.

Arriving more than one hour late will constitute a one-half day absence from school. Departing more than one hour early will constitute a one-half day absence. The mid-point of the school day is 11:30 a.m. Therefore, students arriving after 11:30 a.m. will be counted as absent a full day.

**Closed Campus:**

During the school day, students are to remain on school grounds from arrival in the morning until dismissal time in the afternoon. Should a student find it necessary to leave the school for any reason, he/she must receive permission from the building principal before signing out. If permission is given, the student must then sign out and must sign in immediately upon his/her return. Students in K-8 must be signed out by a parent or guardian.

**Unexcused Absences 9-12:**

Students who have an unexcused absence from school or class may be assigned Extended Day. (See page 7.) Repeated unexcused absences may result in an attendance contract, out-of-school suspension and/or expulsion. No credit for make-up work completed will be given for the days counted as truant.

**Unexcused Absences K-8:**

Students in grades kindergarten through eight, who have an unexcused absence, including truancy, will be subject to one or more of the following disciplinary measures as determined by the principal:

1. Loss of recesses
2. Assignment to work detail during recess
3. Parent/guardian conference
4. Disciplinary contract

5.  Limitation or elimination of participation in extra-curricular activities such as Field Days or intramural activities

6.  Denial of field trip participation

7.  Suspension/possible recommendation to expel

Exceptions to the attendance policies and procedures listed above due to emergencies, illness, hospitalization, or other extenuating circumstances shall be determined by the principal.

### Make-Up Work:

The responsibility for making up missed work for an excused absence rests with the student. When a student is absent for one day, the assignments should be obtained from a classmate or from the teacher as soon as possible the following day. If the absence is two days or longer, homework may be obtained by calling the office and requesting all assignments be sent to the office. Twenty-four hour notice is required in order to obtain assignments and parent/guardian must make arrangements to pick up books, assignments, and tests. The student will have one day for every day of absence to make up work.

1.  If a test or an assignment is long-range (five days or more, such as a research paper, project, or report), the teacher may use his/her discretion in setting due dates, accepting late work, and determining make-up policy. Students who have an excused absence on the due date of a long-range assignment can receive full credit if they turn in the assignment on the day they return to school. In the event of a prolonged excused absence, special arrangements may be made to extend the time period allowed for the assignment. A student who is in attendance the day before a scheduled test/quiz shall take the test/quiz the first day he/she returns to school. When a student has an EXCUSED ABSENCE, he/she will be given reasonable help and consideration after his/her return to school in completing assignments given during the absence. If possible, teachers should give the student a statement of the assignments to be covered during an anticipated absence.

## EXTRACURRICULAR PARTICIPATION/ATTENDANCE

Participation in any and all extracurricular activities is dependent upon good school attendance. Students who are not in attendance by 8:30 a.m. may be, at the discretion of administration, barred from participation in that day's extracurricular activity or activities.

## EMERGENCY PROCEDURES

### Fire Alarms:

These procedures should be followed any time the alarm is sounded.

1.  Students, staff, and visitors will use the fire exits that are posted in each room.

2.  All students must remain silent throughout the entire alarm.

3.  Students shall walk, not run.

4.  No one shall return to the building until the all-clear signal is given by the principal or person in charge.

5.  Doors should be closed after everyone has left the room(s).

6.  Students will be escorted by their teachers to a distance of not less than 100 feet from the building.

7.  Teachers will stay with their classes at all times and take attendance at their designated safe area.

### Tornado:

When a tornado warning is issued for the Tri-Creek School Corporation, students will be moved to designated safe areas. Students will remain in safe areas until that warning is lifted, even if the warning extends beyond the normal school day. No student will be allowed to leave the school premises during a tornado warning unless under the direct charge of a parent/guardian. Students are not to talk, run, or push at any time during a drill.

| POLICY NAME | | ORIGINATION DATE | REVISION DATE |
|---|---|---|---|
| Student Personnel | G | 1976 | 1996 |
| Attendance Procedures and Student Conduct | GF | | |

F.   Attendance Procedures and Student Conduct:

1.   Excused absences:

   a.   Personal illness

   b.   Death in the immediate family

   c.   Attendance at special church services (by arrangement - not to exceed one (1) day)

   d.   Quarantine

   e.   Certain court appearances

   f.   Other absences approved in advance by principal

In general, no credit towards school grades will be given on make-up work for unexcused absences.  "Make-up" work is the responsibility of the pupil.  Written excuses are to be required for all absences, stating reason and date.  Absence due to contagion may require a doctor's approval for admission.  Members of the family may also be required to have a statement from the doctor that they are not likely to infect others.  Absence in excess of five (5) days, consecutive or accumulated, may require a doctor's excuse at the discretion of the principal.

Students, upon the request of parents in advance, may be excused for travel.  Arrangements to make up work missed, during absence, must be made prior to departure.

2.   Exception to excused absences:

   a.   Legal attendance is counted for students in attendance at State Fair on Education Day, service as page at State Legislature or because of some school bus irregularity over which the student had no control or about which he/she had not been informed.

   b.   For a student to be counted present for any half day, he/she must be present at a school function some time during that half day if school is in session.  A student cannot present himself/herself in the morning to be counted present all day on an excused absence, but would be counted present only in the half day in which he/she reported.

# EXHIBIT 2

USDC IN/ND case 2:05-cv-00204-PPS-APR   document 19-3   filed 08/10/05   page 8 of 24

ID#: 6100037   Name: Scheidt, Michael T             Sx: M   Gr: 07

| Date Absent | Period(s) Absent/Tardy | F H | Time Out | Time In | Type/ Reason | Description | Excused (Y/N) | Exempt (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 02 04 05 | 123456789 | F | 00 : 00 | 00 : 00 | 00 | | | N |
| 02 03 05 | 123456789 | F | 00 : 00 | 00 : 00 | 00 | | | N |
| 10 08 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 10 07 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 10 06 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 10 05 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 10 04 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 10 01 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 09 30 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 09 29 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 03 | C PER BUSINESS | N | N |
| 09 16 04 | 123456789 | F | 00 : 00 | 00 : 00 | S 06 | RELIGIOUS | Y | Y |
| 09 07 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 02 | C NO NOTE | N | N |
| 09 20 04 | 12345 | F | 00 : 00 | 00 : 00 | R 02 | C NO NOTE | N | N |
| 09 19 04 | 123456789 | F | 00 : 00 | 00 : 00 | R 01 | C PERS ILL | Y | Y |
| 04 29 04 | 9 | | 02 : 30 | 00 : 00 | R 11 | MEDICAL APPOINT | Y | Y |

ENTER=More 4=Sched 5=Emerg 6=Tr 7=Med 8=WD 9=Att 10=Cl 11=Dsc 21=Misc 16=Exit

# EXHIBIT 3

# BOSE
# McKINNEY
# & EVANS LLP

ATTORNEYS AT LAW

**Monica J. Conrad**
Northwest Indiana Office
Direct Dial (219) 983-1552
E-Mail: MConrad@boselaw.com

March 14, 2005

*VIA OVERNIGHT MAIL*

Ms. Tobi Longwitz
Trial Attorney
United States Department of Justice
600 E St. NW
Washington, DC 20004

Re:    *Tri Creek School Corporation*

Dear Ms. Longwitz:

Please find enclosed a copy of the records submitted in response to your request dated January 19, 2005.  When we spoke last, we agreed the school could have an extension of time to respond to this preliminary inquiry.  An additional extension was granted by Javier Guzman, the Deputy Chief, during your medical leave.

Tri-Creek School Corporation has a district-wide policy concerning attendance.  Written excuses stating the reason and date are required for all absences.  Generally, credit toward school grades will not be given for unexcused absences.  Exceptions to the attendance policy would be handled at the building level with the principal of each school.  Tri-Creek Schools recognize absences may be excused for religious purposes when arranged in advance, not exceeding one day.  As indicated by the documentation supplied responsive to inquiry #5, the school corporation has granted numerous excused absences for students for religious purposes.  (Also note that the school does not keep records of the exact reason for the religious absences; additionally, note that after the first religious absence, the school's records would then record the absences as a personal business leave.  *I.e., see* Michael Scheidt's record, included in inquiry #13.)  Aside from Michael Scheidt, none of these requests were for religious purposes.  (*See* inquiry #6.)  It is important to note that even though Michael Scheidt's absences were considered "unexcused," he was able to collect missed homework, return the homework for a grade, and receive credit for the work just as he would have had his absences been excused.

Northwest Indiana Office  •  Post Office Box 957  •  Chesterton, Indiana 46304  •  (219) 983-1552  •  FAX (219) 983-1741
Downtown  •  2700 First Indiana Plaza  •  135 North Pennsylvania Street  •  Indianapolis, Indiana  46204  •  (317) 684-5000  •  FAX (317) 684-5173
North Office  •  600 East 96th Street  •  Suite 500  •  Indianapolis, Indiana 46240  •  (317) 574-3700  •  FAX (317) 574-3716
www.boselaw.com

**BOSE**
**McKINNEY**
**& EVANS LLP**

ATTORNEYS AT LAW

Tobi Longwitz
March 14, 2005
Page 2

Should you have further questions or concerns, please feel free to contact me.

Very truly yours,

BOSE McKINNEY & EVANS LLP

Monica J. Conrad

MJC/vlp
Enclosures

cc:    Dr. Alice Neal

# EXHIBIT 4

LOWELL MIDDLE SCHOOL
200 WEST OAKLEY AVE
Lowell, IN  46356

ATTENDANCE CONTRACT

October 05, 2004

Frank & Ruth Scheidt
1709 Westwood Dr Box 111 Box 1
Shelby, IN  46377

Re:  <u>Michael</u> <u>Scheidt</u> 07

Dear Parent/Guardian:

Tri-Creek School Corporation defines excessive absenteeism as
missing more than five  excused days per semester or one
unexcused day in a semester.  According to school records,
Michael has missed at least 5 days this semester.  Without
a doctor's verification, he cannot miss another day this
current semester.  Penalties to excessive absenteeism include
loss of credit in class and/or possible expulsion from school.
Michael's success is dependant upon proper attendance.  Should
you have any questions, consult the student handbook or contact
me at 696-7701.  Your cooperation in this manner is appreciated.

_Mike Scheidt_____  Student Signature

_____  Administrator Signature

# EXHIBIT 5

Lowell Middle School                                      Tuesday, February 8, 2005

## Progress Report for    Scheidt, Michael T

Stoner, T                          MATHEMATICS 7

**Final Average:**    75.11

**Final Grade:**    C

```
┌──────────── Grade Scale ────────────┐
│ A+   96.50 │ B-   79.50 │ D+   66.50 │
│ A    92.50 │ C+   76.50 │ D    62.50 │
│ A-   89.50 │ C    72.50 │ D-   59.50 │
│ B+   86.50 │ C-   69.50 │ F     0.00 │
│ B    82.50 │            │            │
└──────────────────────────────────────┘
```

```
┌─────────── Footnotes Key ───────────┐
│ i  =  incomplete                    │
│ l  =  late                          │
│ p  =  used ink                      │
│ w  =  no work shown                 │
│ c  =  cheating                      │
│ t  =  turned in too late for credit │
└──────────────────────────────────────┘
```

| Name | Date | Category | Score | Max | % | Grd | Footnote | Mean |
|------|------|----------|-------|-----|---|-----|----------|------|
| Slip | 9/14/04 | homewrk | 5 | 5 | 100 | A+ | | 5 |
| istep rv | 9/14/04 | homewrk | 5 | 5 | 100 | A+ | | 5 |
| Book Cvr | 9/14/04 | homewrk | 5 | 5 | 100 | A+ | | 5 |
| isteptst | 9/14/04 | homewrk | 3 | 5 | 60 | D- | | 4 |
| Set 2 | 09/14/04 | homewrk | 5 | 5 | 100 | A+ | | 4 |
| Cart Grp | 9/27/04 | homewrk | 15 | 15 | 100 | A+ | | 14 |
| Set 6 | 9/30/04 | homewrk | 5 | 5 | 100 | A+ | | 4 |
| Set 7 | 10/6/04 | homewrk | ** | 5 | ** | F | | 4 |
| PFD | 10/6/04 | test | X | 5 | ** | ** | | 4 |
| Set 9 | 10/6/04 | homewrk | 5 | 5 | 100 | A+ | | 4 |
| Set 10 | 10/6/04 | xtra crd | 3 | 0 | ** | | | 1 |
| Set 11 | 10/7/04 | homewrk | 3 | 5 | 60 | D- | | 3 |
| Notes | 10/13/04 | homewrk | X | 24 | ** | ** | | 18 |
| Test | 10/13/04 | test | 68 | 100 | 68 | D+ | | 79 |
| Set 15 | 10/15/04 | homewrk | 5 | 5 | 100 | A+ | | 4 |
| Set 18 | 10/15/04 | homewrk | 5 | 5 | 100 | A+ | | 4 |
| Notes | 10/15/04 | homewrk | X | 8 | ** | ** | | 6 |
| Test | 10/15/04 | homewrk | 68 | 100 | 68 | D+ | | 72 |
| Set 19 | 10/20/04 | homewrk | 9 | 15 | 60 | D- | | 9 |
| Set 21 | 10/25/04 | homewrk | 5 | 5 | 100 | A+ | | 4 |
| Test 3 | 10/25/04 | test | 76 | 100 | 76 | C | | 87 |
| Notes | 10/25/04 | homewrk | ** | 6 | ** | F | | 5 |
| Set 2 ws | 10/27/04 | homewrk | ** | 15 | ** | F | | 11 |
| e.c | 10/27/04 | homewrk | ** | 0 | ** | | | 5 |

** = 0, X = Exempt, NC = No Credit

```
┌──────────────────── Missing Work ────────────────────┐
```

| Name | Date | Category | Name | Date | Category |
|------|------|----------|------|------|----------|
| Set 7 | 10/6/04 | homewrk | Notes | 10/25/04 | homewrk |
| PFD | 10/6/04 | test | Set 2 ws | 10/27/04 | homewrk |
| Notes | 10/13/04 | homewrk | e.c | 10/27/04 | ** |
| Notes | 10/15/04 | homewrk | | | |

### Assignment Descriptions

| | | |
|---|---|---|
| Slip | = | Rules Slip |
| istep rv | = | istep review sheet |
| Book Cvr | = | Book cover |
| isteptst | = | isteptest |
| Cart Grp | = | Cartesian Graphs |
| Set 6 | = | Problem set 6 |
| Set 7 | = | Problem set 7 |

Stoner, T                                    **MATHEMATICS 7**

### Assignment Descriptions

| | | |
|---|---|---|
| PFD | = | Percent fraction decimal quiz |
| Set 9 | = | Problem set 9 |
| Set 10 | = | Set 10 extra credit |
| Set 11 | = | Problem set 11 |
| Notes | = | Classroom notes |
| Test | = | Test 1 sets 1-5 |
| Set 15 | = | Problem set 15 |
| Set 18 | = | Problem set 18 |
| Notes | = | Classroom notes sets 16-19 |
| Test | = | Test 2 sets 1-10 |
| Set 19 | = | Problem set 19 |
| Set 21 | = | Problem set 21 |
| Test 3 | = | Test 3 sets 1-15 |
| Notes | = | Classroom notes |
| Set 2 ws | = | Problem set 2 worksheet |
| e.c | = | extra credit for open house and ssp |

### Skill Information

| Term #1 | Term #2 | Year |
|---|---|---|
| | | |

Lowell Middle School                                    Tuesday, February 8, 2005
**Progress Report for       Scheidt, Michael T**
**Term  1**
Satterblom, N                    SCIENCE 7

Term 1 Average:  88.8

Term 1 Grade:  B+

| | Grade Scale | | | | |
|---|---|---|---|---|---|
| A | 91.00 | B- | 79.00 | D+ | 67.00 |
| A- | 89.00 | C+ | 77.00 | D | 61.00 |
| B+ | 87.00 | C | 73.00 | D- | 58.00 |
| B | 83.00 | C- | 69.00 | F | 0.00 |

| Name | Date | Category | Term | Score | Max | Footnote |
|---|---|---|---|---|---|---|
| quiz | 09/08/04 | quiz | 1 | 11 | 15 | |
| lab | 09/08/04 | lab | 1 | 4 | 5 | |
| lab | 09/10/04 | lab | 1 | 9 | 10 | |
| lab | 09/10/04 | lab | 1 | 8 | 10 | |
| lab | 09/13/04 | lab | 1 | 5 | 5 | |
| lab | 09/13/04 | lab | 1 | 5 | 5 | |
| lab | 09/15/04 | lab | 1 | 5 | 5 | |
| lab | 09/16/04 | lab | 1 | 5 | 5 | |
| wksh | 09/16/04 | HMWRK | 1 | 5 | 5 | |
| wksh | 09/16/04 | HMWRK | 1 | 5 | 5 | |
| wksh | 09/24/04 | HMWRK | 1 | 11 | 12 | |
| lab | 09/27/04 | lab | 1 | 15 | 15 | |
| quiz | 09/28/04 | quiz | 1 | X | 22 | |
| lab | 10/12/04 | lab | 1 | X | 25 | |
| cl wrk | 10/15/04 | com proj | 1 | X | 20 | |
| lab | 10/21/04 | lab | 1 | 5 | 5 | |
| lab | 10/14/04 | lab | 1 | 11 | 15 | |
| Term #1 | Subtotal | | 1 | 104.0 | 117 | |

*STUDENT WAS EXEMPT FROM WORK*

| Missing Work | | |
|---|---|---|
| Name | Date | Category |
| quiz | 09/28/04 | quiz |
| lab | 10/12/04 | lab |
| cl wrk | 10/15/04 | com proj |

**Skill Information**
Term #1

**Progress Report for**    **Scheidt, Michael T**

**Term 1**

Jones, C                   LANGUAGE ARTS 7

Total Points:   88.0

Term 1 Average:   84.2

Term 1 Grade:   B

| Grade Scale | | | | | |
|---|---|---|---|---|---|
| A+ | 97.00 | B- | 80.00 | D+ | 67.00 |
| A | 93.00 | C+ | 77.00 | D | 63.00 |
| A- | 90.00 | C | 73.00 | D- | 60.00 |
| B+ | 87.00 | C- | 70.00 | F | 0.00 |
| B | 83.00 | | | | |

| Name | Date | Category | Term | Score | Max | Footnote |
|---|---|---|---|---|---|---|
| ParMe | 9/8/04 | Homework | 1 | 5 | 5 | |
| BkCv | 9/8/04 | Homework | 1 | 1 | 1 | |
| Rules | 9/8/04 | Homework | 1 | 1 | 1 | |
| DefWrSt | 9/8/04 | Homework | 1 | 5 | 5 | |
| IntConcl | 9/9/04 | Homework | 1 | 5 | 5 | |
| PlaySkil | 9/14/04 | Class | 1 | 9 | 10 | |
| HeroJour | 9/14/04 | Homework | 1 | ** | 7 | |
| InvPap | 9/15/04 | Class | 1 | 5 | 5 | |
| SenWkst | 9/17/04 | Homework | 1 | 5 | 5 | |
| HisFigPa | 9/17/04 | Class | 1 | 4 | 7 | |
| EC | 9/20/04 | Homework | 1 | ** | 0 | |
| ParWkst | 9/22/04 | Class | 1 | 5 | 9 | |
| EC | 9/28/04 | Class | 1 | ** | 0 | |
| NoteBk | 9/28/04 | Class | 1 | 3 | 3 | |
| p320,323 | 9/28/04 | Homework | 1 | 5 | 5 | |
| Ch10Qz | 10/1/04 | Quiz | 1 | 24 | 30 | |
| Poster | 10/6/04 | Class | 1 | X | 10 | excused |
| ex2&5cl11 | 10/11/04 | Homework | 1 | 10 | 10 | |
| NWkst | 10/11/04 | Homework | 1 | 5 | 5 | |
| Biblio | 10/11/04 | Class | 1 | X | 3 | excused |
| SourSht | 10/11/04 | Class | 1 | X | 3 | excused |
| ProWkst | 10/15/04 | Homework | 1 | 15 | 15 | |
| BkRpt | 10/15/04 | Project | 1 | 49 | 50 | |
| EC | 10/18/04 | Project | 1 | ** | 0 | |
| NoteBk | 10/20/04 | Class | 1 | 2 | 3 | |
| EC | 10/20/04 | Class | 1 | 1.5 | 0 | |
| Ch11Quiz | 10/20/04 | Quiz | 1 | 12 | 20 | |
| NarPaper | 10/25/04 | Class | 1 | 19 | 25 | |
| EC | 10/26/04 | ** | 1 | ** | 0 | |
| | | | | | | |
| Term #1 | Subtotal | | 1 | 84.2 | 100 | |

| Missing Work | | |
|---|---|---|
| Name | Date | Category |
| HeroJour | 9/14/04 | Homework |
| EC | 9/20/04 | Homework |
| EC | 9/28/04 | Class |
| EC | 10/18/04 | Project |
| EC | 10/26/04 | ** |

*EC is extra credit work was optional*

I entered grades on 9/29 but it was work from that week prior and Mike completed it. Micheal missed the Choir concert in December but it wasn't until afterwards that his mother explained it was due to religious reasons since we were singing Christmas songs and they don't observe this holiday.  I was not informed of his religions preference prior to this or I would have, as I have in the past with other students in similar circumstances, given him options when we were singing these songs in class.  I have explained to him that he is welcome to leave the room or bring a book to read and will not be penalized if he doesn't wish to sing the songs.  He does however participate in class when singing. His grade is usually lower due to not keeping up with his everyday written work and responsibilities.

His mother has informed that he will not be attending the March 19th concert field trip due to their Sabbath and I have arranged for him to do a report to make up the points missed by the performance.


Ms D Harker
Choir director

Lowell Middle School

Tuesday, February 8, 2005

**Progress Report for**     **Scheidt, Michael T**

**Term  1**

Harker, D                                CHOIR

Term 1 Average:  82.9

Term 1 Grade:  B-

| Grade Scale | | | | | |
|---|---|---|---|---|---|
| A+ | 97.00 | B- | 80.00 | D+ | 67.00 |
| A | 93.00 | C+ | 77.00 | D | 63.00 |
| A- | 90.00 | C | 73.00 | D- | 60.00 |
| B+ | 87.00 | C- | 70.00 | F | 0.00 |
| B | 83.00 | | | | |

| Name | Date | Category | Term | Score | Max | Footnote |
|---|---|---|---|---|---|---|
| effrt 1a | 8/31/04 | ** | 1 | 20 | 20 | |
| parti 1a | 9/29/04 | ** | 1 | 20 | 20 | |
| wrkst | 9/29/04 | ** | 1 | 5 | 5 | |
| quiz 1 | 9/29/04 | ** | 1 | 39 | 52 | |
| quiz 2 | 10/15/04 | ** | 1 | 22 | 35 | |
| eff1b | 10/27/04 | ** | 1 | 20 | 20 | |
| parti 1b | 10/27/04 | ** | 1 | 20 | 20 | |
| fldr ase | 10/27/04 | ** | 1 | 5 | 10 | |
| | | | | | | |
| Term #1 | Subtotal | | 1 | 151.0 | 182 | |

**Skill Information**
Term #1

*Mr. Lundgren  88 - 72*

Lowell Middle School

*Mike Scheidt*

Wednesday, February 9, 2005

| A+ | 97.00 | B- | 80.00 | D+ | 67.00 |
|----|-------|----|-------|----|-------|
| A  | 93.00 | C+ | 77.00 | D  | 63.00 |
| A- | 90.00 | C  | 73.00 | D- | 60.00 |
| B+ | 87.00 | C- | 70.00 | F  | 0.00  |
| B  | 83.00 |    |       |    |       |

| Item | Date | Type | | Score | Poss | Pct | Grade | | Cum |
|------|------|------|---|-------|------|-----|-------|---|-----|
| world na | 9/3/04 | ws | | 20 | 20 | 100 | A+ | | 19 |
| continen | 9/3/04 | ws | | 0 | 7 | 0 | F | | 4 |
| border p | 9/13/04 | ws | | 7 | 11 | 63 | D | | 4 |
| landmark | 9/15/04 | ws | | 9 | 10 | 90 | A- | | 4 |
| state\ca | 9/16/04 | quiz | | 7 | 20 | 35 | F | | 7 |
| continen | 9/20/04 | ws | | 20 | 20 | 100 | A+ | | 12 |
| notes | 9/22/04 | video | | 25 | 25 | 100 | A+ | | 23 |
| bonus pt | 9/24/04 | bonus pt | | 24 | 0 | ** | | | 13 |
| scavenge | 10/1/04 | ws | | 8 | 12 | 66 | D | | 7 |
| flags | 10/5/04 | color/id | | 0 | 20 | 0 | F | | 11 |
| land/wat | 10/7/04 | quiz | X | | 20 | ** | ** | | 12 |
| famous p | 10/11/04 | research | | 15 | 25 | 60 | D- | | 21 |
| hidden | 10/18/04 | drawing | X | | 15 | ** | ** | | 8 |
| white ho | 10/20/04 | ws | | 5 | 10 | 50 | F | | 9 |
| election | 10/21/04 | jr.schol | | 12 | 12 | 100 | A+ | | 9 |
| NATIONS | 10/25/04 | ws | | 10 | 20 | 50 | F | | 11 |
| culture | 11/3/04 | bonus pt | ** | | 0 | ** | | | 5 |
| timeline | 11/8/04 | ws | | 7 | 20 | 35 | F | | 11 |
| climates | 11/8/04 | numbers | | 22 | 22 | 100 | A+ | | 18 |
| video | 11/10/04 | notes | | 18 | 18 | 100 | A+ | | 14 |
| climates | 11/11/04 | test | | 23 | 31 | 74 | C | | 24 |
| maze | 11/16/04 | ws | | 19 | 22 | 86 | B | | 18 |
| election | 11/16/04 | bonus pt | ** | | 0 | ** | | | 14 |
| islands | 11/22/04 | ws | | 14 | 14 | 100 | A+ | | 10 |
| letters | 11/23/04 | letter | ** | | 0 | ** | | | 5 |
| change o | 11/30/04 | ws | | 7 | 10 | 70 | C- | | 5 |
| test | 12/6/04 | test | | 33 | 40 | 82 | B- | | 33 |
| island | 12/9/04 | project | | 35 | 50 | 70 | C- | | 37 |
| flags | 12/14/04 | ws | | 8 | 8 | 100 | A+ | | 7 |
| test | 12/17/04 | test | | 24 | 26 | 92 | A- | | 13 |
| camel | 1/3/05 | drawing | | 10 | 15 | 66 | D | | 10 |
| sec 2 | 1/10/05 | reading | | 5 | 5 | 100 | A+ | | 4 |
| arabian | 1/10/05 | story ec | ** | | 0 | ** | | | 20 |
| hierogly | 1/11/05 | ws | | 7 | 7 | 100 | A+ | | 6 |
| pictures | 1/12/05 | ws | | 15 | 15 | 100 | A+ | | 12 |
| egypt | 1/14/05 | ws | | 15 | 15 | 100 | A+ | | 9 |
| quiz | 1/14/05 | quiz | | 16 | 21 | 76 | C | | 14 |
| egypt te | 1/19/05 | ws | | 17 | 17 | 100 | A+ | | 15 |
| ws | | Subtotal | | 188.0 | 238 | 78 | C+ | | 71% |
| quiz | | Subtotal | | 23.0 | 41 | 56 | F | | 59% |
| video | | Subtotal | | 25.0 | 25 | 100 | A+ | | 92% |
| bonus pt | | Subtotal | | ** | ** | ** | | | **% |
| color/id | | Subtotal | | 0.0 | 20 | 0 | F | | 59% |
| research | | Subtotal | | 15.0 | 25 | 60 | D- | | 85% |
| drawing | | Subtotal | | 10.0 | 15 | 66 | D | | 63% |
| reading | | Subtotal | | 42.0 | 12 | 100 | A+ | | 81% |
| numbers | | Subtotal | | 22.0 | 22 | 100 | A+ | | 82% |
| notes | | Subtotal | | 18.0 | 18 | 100 | A+ | | 84% |

*X = I didn't count this (I dropped the grade) because this was done in class during his absence)   William J. Lundgren*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| project | Subtotal | | 35.0 | 50 | 70 | C- | 74% |
| reading | Subtotal | | 5.0 | 5 | 100 | A+ | 96% |
| story ec | Subtotal | | ** | ** | ** | | **% |
| Term #1 | Subtotal | | 162.0 | 212 | 76 | C | 73% |
| Term #2 | Subtotal | | 295.0 | 356 | 82 | B- | 77% |

X = Exempt, NC = No Credit

| land/wat | 10/7/04 | quiz | election | 11/16/04 | bonus pt |
|---|---|---|---|---|---|
| hidden | 10/18/04 | drawing | letters | 11/23/04 | letter |
| culture | 11/3/04 | bonus pt | arabian | 1/10/05 | story ec |

| | | |
|---|---|---|
| world na | = | a to z nations |
| continen | = | draw continents |
| border p | = | us borders |
| landmark | = | world landmarks |
| state\ca | = | state\capital |
| continen | = | scavenger hunt |
| notes | = | japan notes |
| bonus pt | = | bonus |
| scavenge | = | lat-long hunt |
| flags | = | world nations |
| land/wat | = | topographical features |
| famous p | = | to tell the truth |
| hidden | = | hidden treasures |
| white ho | = | white house tour |
| election | = | candidates |
| NATIONS | = | WHAT NATION AM I |
| culture | = | hindu |
| timeline | = | world events |
| climates | = | climate regions |

| | | |
|---|---|---|
| video | = | nomads of the wind |
| climates | = | world climates |
| maze | = | pacific maze |
| election | = | electoral college |
| islands | = | pacific settlement |
| letters | = | parent conferences |
| change o | = | true or false ch 18 |
| test | = | ch 18 |
| island | = | island project |
| flags | = | mid east |
| test | = | mid east |
| camel | = | adapts |
| sec 2 | = | ch 8 |
| arabian | = | nights |
| hierogly | = | egypt writing |
| pictures | = | ch8 |
| egypt | = | wordsearch |
| quiz | = | physical map ch 8 |
| egypt te | = | egypt terms |

| Term #1 | Term #2 | Year |
|---|---|---|

**Final Average:     73.12**
**Final Grade:       C**

| Grade Scale | | | | | |
|---|---|---|---|---|---|
| A+ | 100.00 | B- | 80.00 | D+ | 67.00 |
| A | 93.00 | C+ | 77.00 | D | 63.00 |
| A- | 90.00 | C | 73.00 | D- | 60.00 |
| B+ | 87.00 | C- | 70.00 | F | 0.00 |
| B | 83.00 | | | | |

| Name | Date | Category | Score | Max | % | Grd | Footnote | Mean |
|---|---|---|---|---|---|---|---|---|
| Extra Cr | 9/13/04 | Homework | 5 | 0 | ** | | | 4 |
| Extra Cr | 9/13/04 | Homework | 5 | 0 | ** | | | 4 |
| Puzzle | 9/13/04 | Homework | 5 | 5 | 100 | A+ | | 4 |
| Sub/Obj | 9/20/04 | Homework | 13 | 15 | 86 | B | | 11 |
| Action P | 9/20/04 | Homework | 5 | 10 | 50 | F | | 7 |
| Voc Puzz | 9/20/04 | Homework | 14 | 14 | 100 | A+ | | 13 |
| Defintio | 9/20/04 | Homework | 14 | 14 | 100 | A+ | | 13 |
| Quiz | 9/20/04 | Quiz | 14 | 14 | 100 | A+ | | 11 |
| Test | 9/20/04 | Test | 15 | 25 | 60 | D- | | 18 |
| PESM | 9/23/04 | Homework | 4 | 13 | 30 | F | | 8 |
| Males | 9/27/04 | Homework | 17 | 19 | 89 | B+ | | 16 |
| Females | 9/29/04 | Homework | 15 | 32 | 46 | F | | 25 |
| Birth | 9/30/04 | Homework | 19 | 19 | 100 | A+ | | 13 |
| Puzzle | 10/6/04 | Homework | 20 | 20 | 100 | A+ | | 18 |
| Definiti | 10/6/04 | Homework | ** | 20 | ** | F | | 17 |
| Quiz | 10/6/04 | Quiz | 14 | 20 | 70 | C- | | 15 |
| Test | 10/6/04 | Test | 20 | 30 | 66 | D | | 23 |
| Movies | 10/11/04 | Homework | ** | 0 | ** | | | 15 |
| Puzzle | 10/13/04 | Homework | 5 | 9 | 55 | F | | 8 |
| Definiti | 10/13/04 | Homework | 7 | 11 | 63 | D | | 10 |
| Quiz-10 | 10/13/04 | Quiz | 7 | 11 | 63 | D | | 8 |
| Test | 10/18/04 | Test | 23 | 25 | 92 | A- | | 21 |
| Alcohol | 10/20/04 | Homework | 10 | 10 | 100 | A+ | | 9 |
| Extra Cr | 10/20/04 | Homework | ** | 0 | ** | | | 15 |
| Drugs | 10/22/04 | Homework | ** | 24 | ** | F | | 21 |
| Vocabula | 10/22/04 | Homework | 11 | 14 | 78 | C+ | | 12 |
| Puzzle | 10/22/04 | Homework | 14 | 14 | 100 | A+ | | 13 |
| Quiz | 10/22/04 | Quiz | 8 | 14 | 57 | F | | 10 |
| Test | 10/25/04 | Test | 15 | 20 | 75 | C | | 16 |
| Extra Cr | 10/27/04 | Homework | 10 | 0 | ** | | | 13 |
| | | | | | | | | |
| Homework | Subtotal | Homework | 73.3 | 100 | 73 | C | | 84 |
| Quiz | Subtotal | Quiz | 72.8 | 100 | 72 | C- | | 78 |
| Test | Subtotal | Test | 73.0 | 100 | 73 | C | | 80 |
| Term #1 | Subtotal | | 73.1 | 100 | 73 | C | | 81 |

** = 0, X = Exempt, NC = No Credit

| Missing Work | | |
|---|---|---|
| Name | Date | Category |
| Definiti | 10/6/04 | Homework |
| Movies | 10/11/04 | Homework |
| Extra Cr | 10/20/04 | Homework |
| Drugs | 10/22/04 | Homework |

Assignment Descriptions

| Extra Cr | = | Folders brought to class | | Voc Puzz | = | Ch 2 Voc Review |
|---|---|---|---|---|---|---|
| | | | | | | |
| Sub/Obj | | Ch 2 Lesson 3 Worksheet | | Quiz | = | Ch 2 Voc Quiz |

USDC IN/ND case 2:05-cv-00204-PPS-APR document 19-3 filed 08/10/05 page 24 of 24

## Assignment Descriptions

| | | | | | |
|---|---|---|---|---|---|
| Test | = | Ch 2 Test | Definiti | = | Ch 10 Definitions |
| PESM | = | Ch 7 Lesson 1 Worksheet | Quiz-10 | = | Ch 10 Voc Quiz |
| Males | = | Ch 7 Lesson 3 Worksheets | Test | = | Ch 10 Test |
| Females | = | Ch 7 Lesson 4 | Alcohol | = | Ch 11 Lesson 1 Worksheet |
| Birth | = | Ch 7 Lesson 5 | Extra Cr | = | Alcohol Products at Home |
| Puzzle | = | Ch 7 Voc Review Puzzle | Drugs | = | Ch 11 Lesson 2 |
| Definiti | = | Ch 7 Definitions | Vocabula | = | Ch 11 Vocalary |
| Quiz | = | Ch 7 Voc. Quiz | Puzzle | = | Ch 11 Voc Puzzle |
| Test | = | Ch 7 Test | Quiz | = | Ch 11 Voc. quiz |
| Movies | = | Smoking in movies | Test | = | Ch 11 Test |
| Puzzle | = | Ch 10 Voc. Puzzle | Extra Cr | = | Extra Credit |

### Skill Information
Term #1    Year